# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVE HARS, | Case No.: 2:16-cv-7017 CBM (AJWx) |
| Plaintiff, | **ORDER DISMISSING ACTION WITH PREJUDICE PURSUANT TO STIPULATION OF THE PARTIES** |
| v. | [Fed. R Civ. Proc. § 41(a)(1)(A)(ii)] |
| 917-923 BEAUDRY AVE, LLC; BABOUDJIAN PROPERTIES, INC.; HAGOP JACK BABOUDJIAN; and KHACATUR POGOSYN; | [JS-6] |
| Defendants. | |

Pursuant to the stipulation among the parties, the Court hereby retains jurisdiction to enforce the settlement agreement among the parties, and dismisses the above-entitled action with prejudice.

IT IS SO ORDERED.

DATED: 12/9/16  _____
UNITED STATES DISTRICT COURT JUDGE

- 1 –